*MHN*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

ACCESS FOR THE DISABLED, INC.,
a Florida not-for-profit corporation, and      Case No. 1:08-cv-07301
DENISE PAYNE, Individually,

        Plaintiffs,

vs.

SAJNI HOSPITALITY, INC.,
An Illinois Corporation,
        Defendant.
_____/

## FINAL ORDER APPROVING AND ENTERING
## CONSENT DECREE AND DISMISSING CASE

THIS CAUSE came before the Court on the Stipulation For Approval and Entry of a

Consent Decree and Dismissal of the Case, and the Court having reviewed the pleadings and

papers filed in this cause, and the Stipulation for Approval and Entry of Consent Decree and

being otherwise fully advised in the premises, it is hereby

ORDERED AND ADJUDGED that:

1.    The Consent Decree, in the form annexed hereto, is APPROVED and ENTERED, with the Court retaining jurisdiction over this matter for the purpose of enforcement of the Consent Decree;
2.    The above-styled cause be and the same is hereby DISMISSED with prejudice;
3.    To the extent not otherwise disposed of herein, all pending motions are hereby DENIED or moot and the case is closed.

DONE AND ORDERED in Chambers at, ~~Atlanta~~ *Chicago*, this 1st day of

April , 2009.

_____
UNITED STATES DISTRICT JUDGE